# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Willett, Don R. | U.S. Court of Appeals for the Fifth Circuit | 08/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

903 San Jacinto Blvd.
Austin, Texas 78701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | American Law Institute |
| 2. | Life Fellow | American Bar Foundation |
| 3. | Life Fellow | Texas Bar Foundation |
| 4. | Life Fellow | Austin Bar Foundation |
| 5. | Fellow | Texas Supreme Court Historical Society |
| 6. | Editorial Board | Judicature—The Scholarly Journal for Judges |
| 7. | National Advisory Board | ConSource—The Constitutional Sources Project |
| 8. | Advisory Council | Honors College, Baylor University |
| 9. | Advisory Board | Harlan Institute |
| 10. | Board of Advisors | Texas Review of Law & Politics |
| 11. | Board of Advisors | Federalist Society for Law and Public Policy Studies (Austin Lawyers Chapter) |
| 12. | Member | Federalist Society for Law and Public Policy Studies |
| 13. | Advisory Council | Texas Lyceum |
| 14. | Duke University School of Law | Senior Lecturing Fellow |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Don R.** | 08/12/2019 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | State of Texas Employee Retirement System (defined benefit pension plan) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Judicial Retirement Systems of Texas (pension) | $60,380.68 |
| 2. | 2018 | Duke University School of Law (teaching) | $4,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association (New Orleans Chapter) | May 15-16, 2018 | New Orleans, LA | CLE Speaker | Transportation, meals, lodging |
| 2. | Federalist Society (Dallas Lawyers Chapter) | June 11, 2018 | Dallas, TX | Luncheon Meeting Speaker | Transportation |
| 3. | Federalist Society (Houston Lawyers Chapter) | June 13, 2018 | Houston, TX | Luncheon Meeting Speaker | Transportation |
| 4. | Federalist Society (Texas Chapters) | September 7-9, 2018 | Ft. Worth, TX | Conference Speaker | Transportation |
| 5. | George Mason University Antonin Scalia Law School | September 20-21, 2018 | Arlington, VA | Symposium Speaker | Transportation, meals, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Willett, Don R.** | 08/12/2019 |

| | | | | |
|---|---|---|---|---|
| 6. | Duke University School of Law | November 13-14, 2018 | Durham, NC | Senior Lecturing Fellow | Transportation, meals, lodging |
| 7. | Federalist Society | November 14-18, 2018 | Washington, DC | National Lawyers Convention Speaker | Transportation, meals, lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase (cash) | A | Interest | K | T | | | | | |
| 2. Farmland, Kaufman County, Texas | | None | | | Sold | 02/02/18 | M | G | Michael D. Cope |
| 3. Rental Property, Travis County, Texas | E | Rent | M | W | | | | | |
| 4. When Angels Sing Productions, LP | | None | J | W | | | | | |
| 5. Brokerage Account #1 (H) | | | | | | | | | |
| 6. E*TRADE Financial Corp. (ETFC) | A | Dividend | J | T | | | | | |
| 7. Coverdell ESA #1 (H) | | | | | | | | | |
| 8. Akre Focus Fund Retail Class (AKREX) | A | Dividend | J | T | | | | | |
| 9. Citigroup Inc. (C) | A | Dividend | J | T | | | | | |
| 10. Gamco Global Growth Fund Class AAA (GICPX) | A | Dividend | J | T | | | | | |
| 11. Vanguard Emerging Markets Stock Index Fund Investor Shares (VEIEX) | A | Dividend | J | T | | | | | |
| 12. Vanguard REIT Index Fund Investor Shares (VGSIX) | A | Dividend | J | T | | | | | |
| 13. Vanguard Total Stock Market Index Fund Investor Shares (VTSMX) | A | Dividend | K | T | Buy (add'l) | 01/05/18 | J | | |
| 14. Coverdell ESA #2 (H) | | | | | | | | | |
| 15. Akre Focus Fund Retail Class (AKREX) | A | Dividend | J | T | | | | | |
| 16. Citigroup Inc. (C) | A | Dividend | J | T | | | | | |
| 17. Gamco Global Growth Fund Class AAA (GICPX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Voya Russia Fund Class A (LETRX) | A | Dividend | J | T | | | | | |
| 19. Vanguard Total Stock Market Index Fund Investor Shares (VTSMX) | A | Dividend | K | T | Buy (add'l) | 01/09/18 | J | | |
| 20. Wal-Mart Stores Inc. (WMT) | A | Dividend | J | T | | | | | |
| 21. Coverdell ESA #3 (H) | | | | | | | | | |
| 22. Akre Focus Fund Retail Class (AKREX) | A | Dividend | J | T | | | | | |
| 23. Buffalo Small Cap Fund (BUFSX) | B | Dividend | J | T | | | | | |
| 24. Vanguard Total Stock Market Index Fund (VTSMX) | A | Dividend | K | T | Buy (add'l) | 01/09/18 | J | | |
| 25. Roth IRA #1 (H) | | | | | | | | | |
| 26. GAMCO Global Growth Fund Class AAA (GICPX) | B | Dividend | K | T | | | | | |
| 27. Voya Russia Fund Class A (LETRX) | A | Dividend | J | T | | | | | |
| 28. Lazard U.S. Realty Income Portfolio Open Shares (LRIOX) | A | Dividend | J | T | | | | | |
| 29. Vanguard REIT Index Fund Investor Shares (VGSIX) | A | Dividend | J | T | | | | | |
| 30. Vanguard Total Stock Market Index Fund Investor Shares (VTSMX) | B | Dividend | L | T | Buy (add'l) | 01/05/18 | J | | |
| 31. | | | | | Buy (add'l) | 01/09/18 | J | | |
| 32. Roth IRA #2 (H) | | | | | | | | | |
| 33. GAMCO Global Growth Fund Class AAA (GICPX) | B | Dividend | K | T | | | | | |
| 34. Voya Russia Fund Class A (LETRX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lazard U.S. Realty Income Portfolio Open Shares (LRIOX) | A | Dividend | J | T | | | | | |
| 36. Vanguard REIT Index Fund Investor Shares (VGSIX) | A | Dividend | J | T | | | | | |
| 37. Vanguard Total Stock Market Index Fund Investor Shares (VTSMX) | B | Dividend | L | T | Buy (add'l) | 01/05/18 | J | | |
| 38. | | | | | Buy (add'l) | 01/09/18 | J | | |
| 39. TexaSaver 457 Plan (H) | | | | | | | | | |
| 40. Fidelity Diversified International Fund (FDIVX) | D | Dividend | L | T | | | | | |
| 41. Lord Abbett Small Cap Value Fund I (LRSYX) | C | Dividend | K | T | | | | | |
| 42. Victory Munder Mid-Cap Core Growth Fund (MGOYX) | D | Dividend | K | T | | | | | |
| 43. Vanguard Institutional Index Fund Institutional Plus Shares (VIIIX) | B | Dividend | L | T | | | | | |
| 44. Vanguard Wellington Admiral (VWENX) | D | Dividend | M | T | | | | | |
| 45. BlackRock Bond Index Fund (BMOIX) | | None | L | T | | | | | |
| 46. TexaSaver 401(k) Plan (H) | | | | | | | | | |
| 47. Fidelity Diversified International Fund (FDIVX) | C | Dividend | K | T | | | | | |
| 48. Lord Abbett Small Cap Value Fund I (LRSYX) | B | Dividend | J | T | | | | | |
| 49. Victory Munder Mid-Cap Core Growth Fund (MGOYX) | D | Dividend | K | T | | | | | |
| 50. Vanguard Institutional Index Fund Institutional Plus Shares (VIIIX) | A | Dividend | K | T | | | | | |
| 51. Vanguard Wellington Admiral (VWENX) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  BlackRock Bond Index Fund (BMOIX) | | None | K | T | | | | | |
| 53.  Brokerage Account #2 (H) | | | | | | | | | |
| 54.  JPMorgan TR II (QWERQ) | B | Dividend | N | T | Open | 08/13/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 08/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 19, 49, and 52-54 of the nomniation report are not reportable for 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Don R. Willett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544